BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Highland Capital Management, L.P.
Debtor(s)

The Dugaboy Investment Trust
Appellant(s)

vs.
Highland Capital Management, L.P., et al
Appellee(s)

Case No.: 19−34054−sgj11
Chapter No.: 11

Civil Case No.: 3:26-cv-02496-D

## NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).
- ☐ The Proposed Findings of Fact and Conclusions of Law.
- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- ☑ Other : On August 7, 2026, Appellant filed its Designation of Contents for Inclusion of the Record on Appeal and Statement of Issues on Appeal. On August 21, 2026, Appellees filed a Motion to Strike Items Improperly Designated by Appellant. The record was transmitted to the District Court on September 8, 2026. This transmittal serves as notice that a hearing was held for the Appellee's Motion to Strike on September 3, 2026 and the ruling is currently under advisement. A copy of the Motion to Strike is attached for reference.
- ☑ Copies of: Appellee's Motion to Strike Items Improperly Designated as Part of the Record on Appeal of the Rule 59(e)

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED: 9/9/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk